AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>CONRAD, GLEN E | 2. Court or Organization<br><br>US DISTRICT COURT | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>210 FRANKLIN RD - ROOM 320<br>P O BOX 2822<br>ROANOKE, VA 24001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | The Ted Dalton American Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2008 MAY 14 P 12: 20
FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Marshall-Wythe School of Law College of William and Mary | February 16 - 17, 2007 | Williamsburg, VA | judging moot court | Food and lodging expenses |
| 2. | RegentLaw School Regent University | February 9 - 10, 2007 | Virginia Beach, VA | judging moot court | Food and lodging expenses |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  House ● Lots Pulaski Co., VA | | None | M | Q | | | | | |
| 2.  ▬▬▬▬ (1/5 interest) Dare County, NC | D | Rent | M | Q | | | | | |
| 3.  Stamp collection | | None | L | W | | | | | |
| 4.  Coin collection | | None | J | W | | | | | |
| 5.  Abbott Laboratories CS | A | Dividend | K | T | | | | | |
| 6.  Alliance Data Systems CS | A | Dividend | | | Sell | 02/07 | J | B | |
| 7.  Allstate Corp. CS | A | Dividend | | | Sell | 07/07 | J | A | |
| 8.  American Electric Power CS | B | Dividend | K | T | | | | | |
| 9.  Archer Daniels Midland Co. CS | A | Dividend | | | Sell | 06/07 | J | D | |
| 10. AT&T Corp. CS (includes merger with Bell South) | A | Dividend | J | T | Merger | 01/07 | J | | |
| 11. Ball Corp | A | Dividend | J | T | Buy | 05/07 | J | | |
| 12. Bard C.R. Inc. CS | A | Dividend | | | Buy | 05/07 | J | | |
| 13. Bell South Corp. CS (merger - now AT&T) | A | Dividend | | | Merger | | | | |
| 14. Belden CDT Inc. CS | A | Dividend | | | Partial Sale | 08/07 | J | A | |
| 15. Berkshire Hathaway, Inc. CS | | None | K | T | | | | | |
| 16. Cabot Corp. CS | A | Dividend | | | Buy | 03/07 | J | | |
| 17. | | | | | Sell | 08/07 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Carmax, Inc. CS | A | Dividend | | | Sell | 05/07 | J | B | |
| 19. Caterpillar CS | A | Dividend | | | Sell | 01/07 | J | C | |
| 20. Cisco CS | A | Dividend | J | T | Buy | 07/07 | J | | |
| 21. Clinical Data, Inc. CS | A | Dividend | K | T | Buy | 10/07 | J | | |
| 22. | | | | | Buy | 11/07 | J | | |
| 23. | | | | | Buy | 12/07 | J | | |
| 24. CME Group Inc. CS | A | Dividend | J | T | Buy | 12/07 | J | | |
| 25. Comcast Corp. CS | | None | J | T | | | | | |
| 26. Conoco Phillips Corp. CS | A | Dividend | L | T | | | | | |
| 27. CSX Corp CS | A | Dividend | K | T | | | | | |
| 28. Chevron Texaco Corp. CS | C | Dividend | M | T | | | | | |
| 29. Danaher Corp. CS | A | Dividend | K | T | | | | | |
| 30. Dominion Resources CS | A | Dividend | J | T | | | | | |
| 31. Dover Corp. CS | A | Dividend | | | Sell | 02/07 | J | A | |
| 32. Duke Energy Corp. CS | A | Dividend | J | T | Buy | 12/07 | J | | |
| 33. Encana Corp. CS | A | Dividend | J | T | Buy | 10/07 | J | | |
| 34. FBR Virginia Tax Free Bond Fund (Renamed MTB See VIII) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Fin Fund, Inc. (Mutual Fund) | B | Dividend | M | T | | | | | |
| 36. Franklin VA Tax Free Income Fund | B | Dividend | M | T | | | | | |
| 37. FBR Virginia Tax Free Bond Fund (renamed MTB - See VIII) | B | Dividend | M | T | | | | | |
| 38. Gateway Inc. CS | | None | | | sell | 10/07 | J | A | |
| 39. Gilead Sciences, Inc. CS | A | Dividend | J | T | Buy | 12/07 | J | | |
| 40. Glaxo Smithkline CS | A | Dividend | L | T | | | | | |
| 41. Halozyme Therapeutic CS | A | Dividend | M | T | Buy | 07/07 | L | | |
| 42. | | | | | Buy | 08/07 | J | | |
| 43. | | | | | Buy | 09/07 | L | | |
| 44. | | | | | Buy | 10/07 | J | | |
| 45. Harsco Corp. CS | A | Dividend | J | T | Buy | 12/07 | J | | |
| 46. Hologic Inc. CS | A | Dividend | J | T | Buy | 10/07 | J | | |
| 47. Hospira (spinoff of Abbott Laboratories) CS | | None | J | T | | | | | |
| 48. Idearc Inc. (spinoff of Verizon) CS | A | Dividend | J | T | | | | | |
| 49. Infosys Technology CS | A | Dividend | | | Sell | 06/07 | J | A | |
| 50. Intuit CS | | None | | | Sell | 03/07 | J | A | |
| 51. Intuitive Surgical, Inc. | A | Dividend | K | T | Buy | 06/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares MSCI Japan Index Fund | A | Dividend | | | Sell | 08/07 | J | C | |
| 53. MEDCO Health CS | | None | J | T | | | | | |
| 54. L3 Communications, Inc. CS | A | Dividend | J | T | Buy | 06/07 | J | | |
| 55. Lockheed Martin Corp. CS | A | Dividend | J | T | | | | | |
| 56. Logitech Int'l. CS | A | Dividend | J | T | Buy | 12/07 | J | | |
| 57. Lehman Bros. Holdings, Inc. CS | A | Dividend | | | Buy | 02/07 | J | | |
| 58. | | | | | Sell | 12/07 | J | A | |
| 59. Merck & Co. Inc. CS | A | Dividend | K | T | | | | | |
| 60. Microsoft Corp. CS | A | Dividend | J | T | Buy | 11/07 | J | | |
| 61. JP Morgan Chase & Co. CS | A | Dividend | K | T | | | | | |
| 62. New River Pharmaceuticals CS | A | Dividend | | | Sell | 05/07 | O | G | |
| 63. Newmont Mining Corp. CS | A | Int./Div. | | | Sell | 04/07 | J | A | |
| 64. News Corp. (Class B) CS | A | Dividend | | | Sell | 05/07 | J | B | |
| 65. Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 66. Omnicom Group, Inc. CS | A | Dividend | J | T | | | | | |
| 67. Oracle Corp. CS | A | Dividend | J | T | Buy | 09/07 | J | | |
| 68. Pfizer Inc. CS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Plum Creek Timber Co. Inc. CS | A | Dividend | J | T | | | | | |
| 70. Proctor & Gamble CS | A | Dividend | K | T | | | | | |
| 71. Quest Communications CS | | None | J | T | | | | | |
| 72. Realty Income Group CS | A | Dividend | | | Sell | 08/07 | J | A | |
| 73. Rockwell Collins Inc. CS | A | Dividend | J | T | Buy | 01/07 | J | | |
| 74. Schlumberger LTD CS | A | Dividend | K | T | | | | | |
| 75. Schwab Money Market Fund | A | Dividend | N | T | | | | | |
| 76. Scott & Stringfellow Money Market Fund | A | Dividend | K | T | | | | | |
| 77. Scottrade Money Market Fund | A | Dividend | K | T | | | | | |
| 78. Suntrust Banks, Inc. CS | C | Dividend | M | T | | | | | |
| 79. Stericycle CS | A | Dividend | | | Stock split | 06/07 | J | | |
| 80. | | | | | Sell | 07/07 | J | B | |
| 81. | | | | | Sell | 10/07 | J | A | |
| 82. St. Paul's Companies CS (Renamed The Travelers Companies) | A | Dividend | J | T | | | | | |
| 83. Target Corp. CS | A | Dividend | | | Buy | 02/07 | J | | |
| 84. | | | | | Sell | 12/07 | J | A | |
| 85. Transocean Inc. | A | Dividend | J | T | Buy | 05/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | partial sale | 11/07 | J | A | |
| 87. US Treasury Bills | A | Dividend | K | T | Buy | 08/07 | J | | |
| 88. Verizon Communications CS | C | Dividend | K | T | | | | | |
| 89. Wachovia Corp. CS | A | Dividend | J | T | | | | | |
| 90. Wachovia Bank (checking account)(See VIII) | A | Interest | L | T | | | | | |
| 91. Wellpoint Inc. CS | A | Dividend | | | Buy | 04/07 | J | | |
| 92. | | | | | Sell | 10/07 | J | A | |
| 93. Wyeth Inc. CS | A | Dividend | | | Sell | 08/07 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line #1 - Appraisal date -May 2004
Part VII, Line #2 - Appraisal date - September 1999
Part VII, Line #34 - Renamed MTB Municipal Bond Fund - ████████ ownership ██████
Part VII, Line #37 - Renamed MTB Municipal Bond Fund
Part VII, Line #90 - ████████ownership ██████

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/13/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544